UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORDER ON DEFENDANT'S REQUEST FOR VIDEO APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>JULIAN M. MAGANA )<br>)<br>)<br>_____ ) | CITATION NO.: E2069624<br>E2069872<br>Case # 6:24-po-00348-HBK |

**Type of Case: CENTRAL VIOLATIONS BUREAU VIOLATION NOTICE**

On  7/31/2024  Defendant filed a request for a video appearance for His initial appearance scheduled for  9/10/2024  at:

U.S. District Courthouse - Yosemite
9004 Castle Cliffs Ct
Yosemite Valley, CA 95389

**OFFENSE(S): 36 CFR 2.32(a)(3)(i), 36 CFR 2.30(a)(5)**

Defendant requests a video appearance because

Defendant resides in the state of Texas.

***Please Note***Defendant should report to the Intake counter at the U.S. Courthouse located in Lubbock, Texas by no later than 10:45 AM to be escorted to the courtroom.

In consideration of Defendant's stated reasons for a video appearance, Defendant's request for a video appearance is  Granted  .

Defendant is required to appear at:  Courtroom 214 on 2nd floor-U.S. Courthouse/FOB

A Failure to Appear on the above date will result in an Issuance of a Bench Warrant and/or Abstract on your Driving Record, depending on the charges.

Dated:  **September 5, 2024**

/s/ Helena Barch-Kuchta
U.S. Magistrate Judge Helena Barch-Kuchta

cc:   U.S. Attorney, Fresno Office - Misdemeanor Unit
      Federal Defender, Fresno Office

CRD Initials  PA

CAED (Fresno)- Misd. 4 (Rev. 1/2019)