## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ORDER ON DEFENDANT'S REQUEST FOR VIDEO APPEARANCE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CITATION NO.:** **E2069872** |
| **v.** ) | **Case No 6:24-po-00348-HBK** |
| ) | |
| **JULIAN M. MAGANA** ) | |
| ) | |
| ) | |
| _____ ) | |

**Type of Case:   CENTRAL VIOLATIONS BUREAU VIOLATION NOTICE**

On            1/28/2025            Defendant filed a request for a video appearance for His

Plea and sentencing            2/18/2025            at:

scheduled for          U.S. District Courthouse - Yosemite
                       9004 Castle Cliffs Ct
                       Yosemite Valley, CA 95389

**OFFENSE(S):  36 CFR 2.30(a)(5) Acquiring or Possessing Stolen Property**

Defendant requests a video appearance because

Traveling to Yosemite would present defendant with great financial hardship.
**Please note**The defendant shall report to the US District Court,  Visiting Judge's Courtroom, 8th Floor. The Defendant shall advise the Court Security Officers where he is going and they will direct him accordingly. The defendant shall arrive at least 15 minutes prior to the start time of the hearing at 10:30 AM PST.

In consideration of Defendant's stated reasons for a video appearance, Defendant's request for a video appearance is   Granted   .

Defendant is required to appear at:   US District Court, 1701 West Business Highway 83 McAllen

Dated:  **January 31, 2025**                    /s/ Helena Barch-Kuchta

                                               U.S. Magistrate Judge Helena Barch-Kuchta

cc:   U.S. Attorney, Fresno Office - Misdemeanor Unit
      Federal Defender, Fresno Office