# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:24-po-00348-HBK |
| ) | |
| Plaintiff, ) | **DEFENDANT'S AMENDED STATUS REPORT** |
| v. ) | **ON UNSUPERVISED PROBATION** |
| ) | |
| JULIAN MAGANA ) | |
| Defendant. ) | |
| ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 2.30(a)(5)

**Sentence Date:** February 18, 2025

**Review Hearing Date:** July 1, 2025

**Probation Expires On:** August 18, 2025

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $260 which Total Amount is made up of a Fine: $ 250 Special Assessment: $ 10 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 260 due by July 18, 2025.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** USMS processing which may be completed in McAllen, Texas.

## *DEFENSE POSITION:*

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                       Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Magana has completed USMS processing and is working to pay his fine in full by the deadline imposed.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

      If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney:  Arin Heinz, Assistant United States Attorney

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for and respectfully requests the following:

☒  that the review hearing set for 7/1/2025 at 10 am

    ☐  be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒  allow for Mr. Magana to appear remotely as he does not live within the jurisdiction.  Mr. Magana continues to maintain compliance with his probationary conditions and is working to complete the fine payment in full by the court-imposed deadline. Should the Court be inclined to grant Mr. Magana's request, he has been apprised of his responsibility to be on time, and in a quiet, well-lit room with no interruptions.  The government does not oppose this request.

DATED:  6/23/2025

                */s/ Lisa Ndembu Lumeya*
                DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐  GRANTED.  The Court orders that Choose an item.

☒  DENIED.  The Court CONTINUES the Defendant's Review Hearing to August 12, 2025 at 10:00 A.M.  Defendant must personally appear for his continued August 12, 2025 Review Hearing. Defendant shall file an updated status report no later than July 29, 2025.  If Defendant is in full compliance with the terms of his unsupervised probation, he may move to vacate the August 12, 2025 continued Review Hearing.

Dated:  June 23, 2025

                HELENA M. BARCH-KUCHTA
                UNITED STATES MAGISTRATE JUDGE